IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01774-MSK-KLM

MAJOR DANIEL VANN,

    Petitioner,

v.

MARK BROADDUS, and
JOHN SUTHERS,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Petitioner's **Motion for a Brief Status Report** [Docket No. 29; Filed June 6, 2008] (the "Motion").

    Petitioner requests that the Court inform him of the dates and times of all proceedings scheduled in this case. IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Petitioner is informed that there are no proceedings currently scheduled in his case. Petitioner is further informed that his Petition for Writ of Habeas Corpus is fully briefed and will be decided by the Court in due course.

    Dated: June 11, 2008