IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01774-MSK-KLM

MAJOR DANIEL VANN,

    Applicant,

v.

MARK BROADDUS, and
JOHN SUTHERS,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Status** [Docket No. 36; Filed November 28, 2008] (the "Motion").

    Applicant requests that the Court inform him of the status of his case. IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Applicant is informed that his Petition for Writ of Habeas Corpus is fully briefed and will be decided by the Court in due course. The Court does not require any further documents, evidence, transcripts or motions from Applicant, and Applicant is informed that any further filings on his part may serve to slow the administration of his case.

    Dated: December 1, 2008