IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01774-MSK-KLM

Major Daniel Vann,
    Petitioner,

vs.

Mark Broaddus,
    Respondent.

---

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 16th day of March, 2010.

BY THE COURT:

*(signed)* Marcia S. Krieger

Marcia S. Krieger
United States District Judge

Re: 06-cv-01774 MSK-KLM

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record, signed by Judge Marcia S. Krieger , was mailed to the following on __March 16, 2010__ .

Denver District Court
City & County Building
1437 Bannock Street, Room 256
Denver, Colorado 80202

By: _____
Deputy Clerk